UNITED STATES, Appellee

v

MICHAEL L. DILLAHAY, Private,
U. S. Marine Corps, Appellant

18 USCMA 591, 40 CMR 303

No. 22,258

September 19, 1969

*Captain Frank A. Nelson,* JAGC, USN, and *Lieutenant Allen D. Black,* JAGC, USNR, were on the pleadings for Appellant, Accused.

*Lieutenant Colonel Charles J. Keever,* USMC, and *Lieutenant Anthony A. Derezinski,* JAGC, USNR, were on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

The law officer's inquiry into the accused's plea of guilty to a charge of desertion, in violation of Article 85, Uniform Code of Military Justice, 10 USC § 885, is similar to that found in United States v Care, 18 USCMA 535, 40 CMR 247. The procedure followed in this case, however, would not meet the standard that must apply to cases

tried thirty days after the decision in United States v Care, supra.

The accused, in mitigation, simply indicates that he was then a base parolee and desired to remain in the Marine Corps and go to Vietnam. His testimony does not impair his statement found among the allied papers that "I had no intent of returning to duty, had I not been apprehended." We, therefore, believe his plea of guilty to be provident.

The decision of the board of review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge:

I dissent. See my dissent in United States v Care, 18 USCMA 535, 40 CMR 247.